# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 27, 2020

160755

**Bridget M. McCormack,**
Chief Justice

**David F. Viviano,**
Chief Justice Pro Tem

**PEOPLE OF THE STATE OF MICHIGAN,**
      Plaintiff-Appellee,

v

**JUSTIN DYLAN SMITH,**
      Defendant-Appellant.

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SC: 160755
COA: 349782
Delta CC: 13-008722-FC

_____/

On order of the Court, the application for leave to appeal the November 19, 2019 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

p0520

May 27, 2020
_____


Clerk